IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLYMOUTH INDUSTRIES, LLC, a Nebraska Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV196 |
| v. | ) ) | |
| SIOUX STEEL COMPANY, a South Dakota Corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the agreed motion for extension of time for defendant to file a reply brief in support of its motion for partial summary judgment of non-infringement (Filing No. 27). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until December 2, 2005, to file a reply brief in support of its motion for partial summary judgment of non-infringement.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court