IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLYMOUTH INDUSTRIES, LLC,<br>a Nebraska Limited Liability<br>Company, | )<br>)<br>)<br>) | |
|     Plaintiff and Counterclaim<br>    Defendant, | )<br>) | 8:05CV196 |
|        v. | )<br>)<br>) | |
| SIOUX STEEL COMPANY,<br>a South Dakota Corporation, | )<br>)<br>) | |
|     Defendant and Counterclaim<br>    Plaintiff. | )<br>) | |
| PLYMOUTH INDUSTRIES, LLC,<br>a Nebraska Limited Liability<br>Company, | )<br>)<br>)<br>) | |
|     Plaintiff and Counterclaim<br>    Defendant, | )<br>) | 8:05CV469 |
|        v. | )<br>)<br>) | |
| SIOUX STEEL COMPANY,<br>a South Dakota Corporation, | )<br>)<br>) | ORDER |
|     Defendant and Counterclaim<br>    Plaintiff. | )<br>) | |

       Pursuant to 28 U.S.C. § 636,

       IT IS ORDERED that the following matters are referred to Magistrate F. A. Gossett, III:

            plaintiff's motion for protective
            order (Filing No. 41 in 8:05CV196);

defendant's motion to compel deposition of Dennis L. Thomte (Filing No. 45 in 8:05CV196; Filing No. 29 in 8:05CV469).

DATED this 9th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court