# THE WELD HOUSE, Inc.
## PO Box 174
## Pella IA 50219

Invoice

Invoice Number:
499

Invoice Date:
Mar 3, 2000

Page:
1

Voice: 515 628 1972
Fax: 515 628 3459

Sold To:

SAND RIDGE SIMMENTALS
RT 2
PELLA, IA 50219

Customer ID: RM

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
| | Net 10 Days | 3/13/00 | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | HAY MIZER | 1,000.00 | 1,000.00 |

| | | |
|---|---|---|
| | Subtotal | 1,000.00 |
| | Sales Tax | |
| | Total Invoice Amount | 1,000.00 |
| | Payment Received | 1,000.00 |
| | TOTAL | 0.00 |

**EXHIBIT 9**

S 000652

THE WELD HOUSE, Inc.
PO Box 174
Pella IA 50219

Invoice

Invoice Number:
527

Invoice Date:
Apr 18, 2000

Page:
1

Voice: 515 628 1972
Fax: 515 628 3459

Sold To:
TAMA LIVESTOCK AUCTION
PO BOX 387
1908 E 5TH ST
TAMA, IA 52339-0387

Customer ID: TLA

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
| | Net 10 Days | 4/28/00 | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | HAY MIZER | 900.00 | 900.00 |

| | |
|---|---|
| Subtotal | 900.00 |
| Sales Tax | |
| Total Invoice Amount | 900.00 |
| Payment Received | 900.00 |
| TOTAL | 0.00 |

S 000653

# THE WELD HOUSE, Inc.
## PO Box 174
## Pella IA  50219

Invoice

Invoice Number:
564

Invoice Date:
May 31, 2000

Page:
1

Voice:    515 628 1972
Fax:      515 628 3459

Sold To:

TAMA LIVESTOCK AUCTION
PO BOX 387
1908 E 5TH ST
TAMA, IA  52339-0387

Customer ID:    TLA

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
| | Net 10 Days | 6/10/00 | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | HAY MIZER | 900.00 | 900.00 |

|  |  |
|---|---|
| Subtotal | 900.00 |
| Sales Tax | |
| Total Invoice Amount | 900.00 |
| Payment Received | 0.00 |
| TOTAL | 900.00 |

S 000654

PO BOX 174
Pella IA  50219

Invoice Number:
722

Invoice Date:
Nov 2, 2000
Page:
1

Voice:     515 628 1972
Fax:       515 628 3459

Sold To:
TAMA LIVESTOCK AUCTION
PO BOX 387
1908 E 5TH ST
TAMA, IA  52339-0387

Customer ID:   TLA

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 10 Days | 11/12/00 |  |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 |  | 14' BUNK FEEDERS | 350.00 | 1,400.00 |
| 1.00 |  | HAY MIZER HAY FEEDER | 900.00 | 900.00 |

| | |
|---|---|
| Subtotal | 2,300.00 |
| Sales Tax | 115.00 |
| Total Invoice Amount | 2,415.00 |
| Payment Received | 0.00 |
| TOTAL | 2,415.00 |

S 000655

### THE WELD HOUSE, Inc.
### PO Box 174
### Pella IA  50219

Voice:    515 628 1972
Fax:      515 628 3459

Invoice

Invoice Number:
731

Invoice Date:
Nov 13, 2000

Page:
1

Sold To:
   OLYMPIC GENETIC CENTER

Customer ID:   OGC

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 10 Days | 11/23/00 |  |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | HAYMIZER | 900.00 | 900.00 |

|  |  |
|---|---|
| Subtotal | 900.00 |
| Sales Tax |  |
| Total Invoice Amount | 900.00 |
| Payment Received | 900.00 |
| TOTAL | 0.00 |

S 000656

Pella IA 50219

763
Invoice Date:
Jan 17, 2001
Page:
1

Voice: 515 628 1972
Fax: 515 628 3459

Sold To:
ROGER KEMPE
1580 X AVE
AMES, IA 50014

Customer ID: RK

| Customer PO | | Payment Terms | Due Date | Sales Rep ID | |
|---|---|---|---|---|---|
| | | Net 10 Days | 1/27/01 | | |
| Quantity | Item | Description | Unit Price | Extension | |
| 1.00 | | HAY MIZER - ASSEMBLED AND DELIVERED | 795.00 | 795.00 | |

|  |  |
|---|---|
| Subtotal | 795.00 |
| Sales Tax | |
| Total Invoice Amount | 795.00 |
| Payment Received | 795.00 |
| TOTAL | 0.00 |

S 000657

Pella IA 50219

Invoice Date:
Jan 27, 2001
Page:
1

Voice: 515 628 1972
Fax: 515 628 3459

Sold To:
LARRY KLOSTERMAN
W8060 HWY H
BLANCHARDVILLE, WI 53516

Customer ID: LK

| Customer PO | | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|---|
| | | Net 10 Days | 2/6/01 | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | | HAY MIZERS - DELIVERED | 650.00 | 2,600.00 |

| | |
|---|---|
| Subtotal | 2,600.00 |
| Sales Tax | |
| Total Invoice Amount | 2,600.00 |
| Payment Received | 0.00 |
| TOTAL | 2,600.00 |

S 000658