IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLYMOUTH INDUSTRIES, LLC, a Nebraska Limited Liability Company, | ) ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | 8:05CV196 |
| v. | ) ) | |
| SIOUX STEEL COMPANY, a South Dakota Corporation, | ) ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) ) | |
| PLYMOUTH INDUSTRIES, LLC, a Nebraska Limited Liability Company, | ) ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | 8:05CV469 |
| v. | ) ) | |
| SIOUX STEEL COMPANY, a South Dakota Corporation, | ) ) ) | ORDER |
| Defendant and Counterclaim Plaintiff. | ) ) ) | |

This matter is before the Court on the stipulation of the parties (Filing No. 148 in 8:05CV196; Filing No. 120 in 8:05CV169) that all claims and counterclaims have been resolved. Accordingly,

IT IS ORDERED that these actions are dismissed with prejudice, each party to bear its own costs and attorney fees.

The Court shall retain jurisdiction to enforce the settlement agreement between the parties.

DATED this 15th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court